RECEIVED

JAN 20 2011

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE
United States District Court
Northern District of Illinois
Eastern Division

Reginald Brewer  Civil No:
  VS  III Article Judge
        VII Amendment
City of Chicago,  Jury trial
Jane Doe in her
individual capacity
and official capacity
John Doe in his
individual capacity
and official capacity
Substatuding John
Doe for Toby Weiss

11 C 0445
Judge Robert M. Dow, Jr
Magistrate Judge Arlander Keys

VERIFY Complaint
False Arrest, and Illegal Seizure
Conspiracy between Both Officer

Now comes Reginald Brewer in
his own proper persona Suris Juris
plaintiff has no former Legal training

Jurisdiction
Jurisdiction is proper pursuant to
42 U.S.C. §§ 1983, pursuant to Judicial
codes 28 U.S.C. §§ 1331 & 1334, §§ 1363(a)

Venue
Venue is proper pursuant to
28 U.S.C. §§ 1391. Defendant are

Citizen in the northern district of Illinois, eastern division,

1. Parties

Plaintiff is a pre-trial detainee housed in the CCJ & CCDOC he can be reached at P.O. Box 089002 Chicago, Illinois, 60608

Defendant Jane DOE is employed by the chicago police department Jody Weiss can Be served at 3500 S. Michigan Drive, chicago, Illinois 60604.

Defendant John DOE is employed by the chicago police department Jody weiss can Be served at 3500 S. Michigan Drive, chicago, Illinois 60604.

Facts

On the date of September 7, 2010 at 6:15 pm four officers came up to 7923 S. Halsted, At A & D food, and Liquid store parking Lot, At know time did I violated any laws, statutes, ordinance, rules of city of chicago or the state of Illinois. During all time each defendant knew or should have known that I didn't do anything to cause for a search of my person. The lady officer, and her partner made

me strip dawn to my clothing, in the parking Lot. After the police made me strip my clothing they check me for Drugs, at know time did I have anything on me. After the Search I was free to, but Not before they Search my car. The defendant's went through the car, nothing was found in my car. plaintiff states they violated Mapp v.s Ohio. THeir was nothing in my pocket that was bigger then a golf Ball. plaintiff takes it wasn't a terry Stop, because I wasn't inside of the car, at the time of the Stop. plaintiff states it wasn't a investigation Alert either, because, they weren't Looking for me. plaintiff was Harass by the defendant's, He was made to take off of his Socks, pants, Shirt, Shoes, and nothing was found. plaintiff States He has Audio-video Showing the illegal Search, and Seizure. plaintiff states He requesting for a pro bono cause) to do a preliminary investigation under federal rules of civil procedure; Rule 11. Bar/Bar obligation

Relief sought

1. plaintiff is requesting punitive damages in the amount of $1,250,000.

2. plaintiff is requesting compensatory damages in the amount of $1,250,000

3. plaintiff is requesting Attorney fee's in the Amount of $250,000

4. plaintiff is requesting damages for time away from family $1,250,000.

Respectfully Submitted